ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MATTHEW KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: matthew.knepper@akerman.com

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR CORSARO, JR.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendants. | Case No. 2:15-cv-02158-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME BANK OF AMERICA N.A. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

The parties respectfully submit the following Stipulation to allow Defendant Bank of America, N.A. (**BANA**) fourteen additional days from the date of entry of this order to file a responsive pleading. Plaintiff Victor Corsaro (**Plaintiff**) filed his amended complaint on December 14, 2015. ECF No. 10. Pursuant to Stipulation of the parties, BANA shall have until January 11, 2016 to file a responsive pleading. This stipulation is in order to address current time constraints on defense counsel, and to provide additional time for the parties to reach settlement.

/ / /

{37056583;1}

1  This is the parties' first request for an extension.

2  DATED this 28th day of December, 2015.

3

| **HANES & KRIEGER, LLC** | **AKERMAN LLP** |
|---|---|
| /S/ *David H. Krieger* <br> DAVID H. KRIEGER, ESQ. <br> HAINES & KRIEGER, LLC <br> Nevada Bar No, 9086 <br> 8985 S. Eastern Avenue, Suite 350 <br> Las Vegas, NV  89123 <br><br> *Attorneys for Plaintiff* | /s/ *Matthew Knepper* <br> ARIEL STERN, ESQ. <br> Nevada Bar No. 8276 <br> MATTHEW I. KNEPPER <br> Nevada Bar No. 12796 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Defendant Bank of America, N.A.* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** December 29, 2015

{37056583;1}    2