David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Victor Corsaro Jr, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, NATIONAL ASSOCIATION, and EQUIFAX INFORMATIONAL SERVICES, LLC, <br><br> Defendants. | Case No. 2:15-cv-02158-GMN-CWH <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO BANK OF AMERICA, NATIONAL ASSOCIATION ONLY** |

  Plaintiff Victor Corsaro Jr and Bank of America, National Association hereby stipulate and agree that the above-entitled action shall be dismissed with

…

…

…

…

…

…

prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Bank of America, National Association**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:   February 4, 2016

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/Matthew Knepper, Esq.
Matthew Knepper, Esq.
Akerman, LLP
*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: February 9, 2016